affirmed. No opinion. Present — Martin, Merrell, O'Malley, Sherman and Townley, JJ.

Irving Trust Company, as Trustee in Bankruptcy for Miller's, Inc., Bankrupt, Respondent, v. D. Miller & Sons, Inc., and Others, Appellants.— Order modified by reducing the judgment as entered to the sum of $33,386.78, and as so modified affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

Theophilus E. Montgomery, Respondent, v. William S. Brewer and Wilbrew Realty Corporation, Appellants, Impleaded with Others.— Order affirmed with twenty dollars costs and disbursements, with leave to each defendant, appellant, to serve an amended answer within ten days after service of order with notice of entry, upon payment of said costs and the costs awarded to plaintiff at Special Term. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

Libman-Spanjer Corporation and Walter Lawrance, Sr., Doing Business, etc., Appellants, v. Sarah Perlmutter, Respondent, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

Louis F. Rothschild and Others v. The First National Bank of Binghamton, New York. Louis F. Rothschild and Others v. The First National Bank of Hancock, New York.— Motion denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

In the Matter of Dolores de Betancourty Agramonte, Deceased.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

Stone & Webster and Blodgett, Inc., v. David S. Stern and Another.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

United States Fidelity and Guaranty Company v. Alfred H. Newburger and Others, and Ray Gleason and Another.— Motion denied. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

Joseph Levy v. Federal Insurance Company.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

United States Fidelity and Guaranty Company v. Alfred H. Newburger and Others, and Ray Gleason and Another.— Motion denied. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

Archibald McNeil, Jr., v. Monroe M. Goldstein.— Motion denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

In the Matter of Louis C. de Coppet, Deceased.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

Arenal Realty Company v. The Prudence Company, Inc., and Another.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin and O'Malley, JJ.

44 West 66th Street Corporation v. The Prudence Company, Inc., and Another.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin and O'Malley, JJ.